MARTIN CASSIDY, Respondent, *v.* FREDERICK UHLMANN, Appellant, Impleaded with Others.

(Submitted May 19, 1902; decided May 27, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 505.)

---

ANNIE GILDEA, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Gildea* v. *Metropolitan Street Ry. Co.*, 58 App. Div. 528, affirmed.
(Argued May 27, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Otto H. Droege* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.